UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

JAMI-LYN BUTTO,

                              Plaintiff,

-against-

CITY OF NEW YORK, THE NEW YORK CITY DEPARTMENT OF TRANSPORTATION, NEW YORK CITY DEPARTMENT OF TRANSPORTATION STATEN ISLAND FERRY, POLLY TROTTENBERG, *in her official capacity as commissioner*, AND HENRY FEENEY, *as an aider and abettor*,

                              Defendants.

-------------------------------------------------------------- x

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ OCT 12 2018 ★

BROOKLYN OFFICE

**STIPULATION OF DISMISSAL WITH PREJUDICE**

17 Civ. 05590 (RJD)(VMS)

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties as represented by their attorneys below, that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the above-captioned action be, and it hereby is, withdrawn, discontinued, and dismissed, with prejudice.

Dated: Bohemia, New York
      ~~September~~ October __, 2018

**ZABELL & ASSOCIATES, P.C.**
Attorneys for Plaintiff
One Corporate Drive, Suite 103
Bohemia, New York 11716
(631) 589-7242
szabell@laborlawsny.com

By: _____
      Saul D. Zabell

Dated: New York, New York
      ~~September~~ October 10, 2018

**ZACHARY W. CARTER**
Corporation Counsel of the
City of New York
Attorney for Defendant
100 Church Street, Room 2-139
New York, New York 10007-2601
(212) 356-2473
kbowers@law.nyc.gov

By: _____
      Kerrin A. Bowers
      Assistant Corporation Counsel

*So Ordered.*

s/ RJD

10/11/18